**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7259**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

FREDDY S. CAMPBELL, a/k/a Freddy,

                    Defendant - Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.    Robert C. Chambers,
Chief District Judge.   (2:05-cr-00120-1)

Submitted:  January 21, 2014          Decided: January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddy S. Campbell, Appellant Pro Se. John J. Frail, Assistant
United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campbell, No. 2:05-cr-00120-1 (S.D.W. Va. July 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED